## SINCLAIR-PRAIRIE OIL CO. et al. v. STATE BOARD OF EQUALIZATION et al.

No. 24335. Feb. 12, 1935.

Paul B. Mason, Edward H. Chandler, Summers Hardy, and Frank Orr, for plaintiffs in error.

J. Berry King, Atty. Gen., for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization et al., cause No. 24271, this day decided (170 Okla. 517, 41 P. [2d] 453), having disposed of this matter, the appeal is dismissed.

## COMMONWEALTH OIL & GAS CO et al. v. STATE BOARD OF EQUALIZATION et al.

No. 24334. Feb. 12, 1935.

T. J. Flannelly, Paul B. Mason, Edward H. Chandler, Summers Hardy, and Frank Orr, for plaintiffs in error.

J. Berry King, Atty. Gen., for defendant in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization et al., cause No. 24271, this day decided (170 Okla. 517, 41 P. [2d] 453), having disposed of this matter, the appeal is dismissed.